| | |
|---|---|
| 1 | Peter Kristofer Strojnik, SBN 242728 |
| 2 | pstrojnik@strojniklaw.com |
|   | Esplanade Center III, Suite 700 |
| 3 | 2415 East Camelback Road |
|   | Phoenix, Arizona 85016 |
| 4 | Telephone: (415) 450-0100 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO GASTELUM, a married man dealing with his sole and separate claim,<br><br>                 Plaintiff,<br><br>vs.<br><br>HKCC HOSPITALITY LLC,<br><br>                 Defendants. | Case No: 5:25-cv-2746<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the case has settled in its entirety. It is requested that the parties are provided 45 days to file dismissal papers.

DATED this 16th day of January, 2026.

　　　　　　　　　　　　　　　　*/s/ Peter Kristofer Strojnik*
　　　　　　　　　　　　　　　　Peter Kristofer Strojnik (242728)
　　　　　　　　　　　　　　　　Attorneys for Plaintiff