```
1  P. Kristofer Strojnik, State Bar No. 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone: (415) 450-0100
5
   Attorneys for Plaintiff
6
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, a married man dealing with his sole and separate claim, | Case No: 5:25-cv-2746 |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| HKCC HOSPITALITY LLC, | |
| Defendant. | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties jointly move for a dismissal of the above case with prejudice; with each party to bear their own attorney fees, costs and expenses.

RESPECTFULLY SUBMITTED this 14th day of February, 2026.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorneys for Plaintiff

/s/ Stephen Abraham
Stephen Abraham
Attorneys for Defendant